Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | ESPINOZA, Manuel Ramirez |
| **Docket Number:** | CR-F-92-05006-001 OWW |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | May 27, 1992 |
| **Original Offense:** | 18 U.S.C. 2113(a) Bank Robbery (2 counts)<br>(CLASS C Felonies) |
| **Original Sentence:** | 189 months custody, 3 years supervised release |
| **Special Conditions:** | 1) Search; 2) Drug treatment and testing |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | August 26, 2005 |
| **Assistant U.S. Attorney:** | Mark E. Cullers    **Telephone:** (559) 497-4045 |
| **Defense Attorney:** | Francine Zepeda, AFPD  **Telephone:** (559) 487-5561 |

**Other Court Action:**

<u>9/7/05</u>:    Probation Form 12B, Petition to Modify Conditions filed with the Court, to include the offender serve up to 180 days at Turning Point Fresno Comprehensive Sanction Center, due to the offender being homeless.

**RE:     ESPINOZA, Manuel Ramerez**
        **Docket Number:  CR-F-92-05006-001 OWW**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

**The offender shall serve up to 180 days at Turning Point Fresno, Comprehensive Sanction Center or until discharged by the program director or probation officer.  The defendant shall comply with all program rules and procedures as directed by the probation officer, including but not limited to, substance abuse treatment and payment of subsistence.**

**The offender shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.**

**The offender shall attend at a minimum, four Narcotics Anonymous meetings per month, at the direction of the probation officer.**

**Justification:**     On August 26, 2005, the offender was released from custody to commence supervision.  Due to his lengthy period of incarceration, he did not maintained contact with family and ultimately had no residence to release to.  On September 9, 2005, the offender's conditions of supervised release were modified to include an up to 180 day placement at Turning Point Fresno Comprehensive Sanction Center (CSC) to allow him to develop a release residence.  On November 9, 2005, the offender was released to a transitional sober living facility in Fresno, CA after establishing Social Security income and savings.  He appeared to be doing very well and was compliance with directions to attend drug treatment, drug testing and 12-step meetings.

**RE:     ESPINOZA, Manuel Ramerez**
    **Docket Number:  CR-F-92-05006-001 OWW**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

On February 11, 15, and 16, 2006 the offender failed to appear for drug testing. On February 21, 2006, he was tested in the probation office and was admonished for missing his tests. At that time, the offender admitted to going on a three week alcohol binge which ultimately led to heroin use on February 15, 2006. The offender was remorseful and stated he was willing to work on his addiction issues, now realizing he needs more structure in his life.

On February 22, 2006, the offender voluntarily signed a "Report of Positive a Positive Drug Test" as well as a "Waiver of Hearing" to include an up to 180 day placement at Turning Point Fresno CSC, an alcohol abstinence condition, and attendance to four Narcotics Anonymous meetings per month. Bed space is currently available for the offender at the CSC.

**RE:    ESPINOZA, Manuel Ramerez**
    **Docket Number:  CR-F-92-05006-001 OWW**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,


/s/ Philip Mizutani

**Philip Mizutani**
**United States Probation Officer**
Telephone:  (559) 499-5732



**DATED:**     February 23, 2006
        Fresno, California



**REVIEWED BY:**     /s/ Bruce Vasquez
        **Bruce Vasquez**
        **Supervising United States Probation Officer**

RE: **ESPINOZA, Manuel Ramerez**
   **Docket Number:  CR-F-92-05006-001 OWW**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

( X )  Modification approved as recommended.

(   )  Modification not approved at this time.  Probation Officer to contact Court.

(   )  Other:

| Feburary 28, 2006 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
    Mark E. Cullers, Assistant United States Attorney
    Francine Zepeda, Assistant Federal Defender
    Defendant
    Court File

Attachment:    Presentence Report (Sacramento only)